**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br><br>Robert M Moore<br>Molly K Moore<br><br>Debtor(s) | Case No.: 10-73121<br>Chapter: 13<br><br>Judge Mary P. Gorman |

**MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 2227 Blue Harbor Drive, Fort Wayne, IN 46804 (the "Property"). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on 10/8/10.

2. A Chapter 13 Plan was confirmed on 12/28/2010.

3. The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note in the original principal amount of $176,000.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

5. As of the 03/21/2012, the outstanding amount of the Obligations is: $219,444.62.

6. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $450.00 in legal fees and $176.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

7. The Debtor(s) plan calls for the Debtor(s) to make post-petition mortgage payments to the Movant.

8. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtor(s):

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 17 | 11/01/2010 | 03/01/2012 | $1,430.27 | $24,314.59 |
|  |  |  |  |  |

**Total: $24,314.59**

9. The estimated market value of the Property is $160,000.00. The basis for such valuation is Debtor's Schedule A.

10. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $263,255.62.

11. Cause exists for relief from the automatic stay for the following reasons:
    a. Movant's interest in the Property is not adequately protected.
    b. Post-confirmation payments required by the confirmed plan have not been made to Movant.

    c. Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

    d. According to the chapter 13 plan, the aforementioned property known as 2227 Blue Harbor Drive, Fort Wayne, IN is to be surrendered;

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.
2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.
4. For such other relief as the Court deems proper.

Dated this March 28, 2012.

Codilis & Associates, P.C.

By: /s/Peter Bastianen

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-12-04647)**

NOTE: This law firm is deemed to be a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**Central District of Illinois**

IN RE:

Robert M Moore
Molly K Moore

Debtor(s)

Case No.: 10-73121
Chapter: 13

Judge Mary P. Gorman

**CERTIFICATE OF SERVICE**

     The undersigned, an attorney, hereby certified that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on March 28, 2012 and as to the debtor by causing same to mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on March 28, 2012.

  John H. Germeraad, Chapter 13 Trustee, P.O.Box 257, Petersburg, IL 62675 by electronic notice through ECF
  Robert M Moore, Molly K Moore, Debtor(s), 1206 Onyx Ln, Normal, IL 61761
  Andrew R. Magdy, Attorney for Debtor(s), 515 Olive Suite 702, St Louis, MO 63101 by electronic notice through ECF
  Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

                                            /s/ Peter Bastianen
                                              Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO.(14-12-04647)**
NOTE: This law firm is deemed to be a debt collector.

# UNITED STATES BANKRUPTCY COURT
## Central District of Illinois

IN RE:

Robert M Moore
Molly K Moore

Debtor(s)

Case No.: 10-73121
Chapter: 13

Judge Mary P. Gorman

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Motion for Relief from the Automatic Stay filed by BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP on March 28, 2012:

1. Recorded Mortgage / Note or relevant excerpts.

/s/ Peter Bastianen
Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certified that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on March 28, 2012 and as to the debtor by causing same to mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on March 28, 2012.

John H. Germeraad, Chapter 13 Trustee, P.O.Box 257, Petersburg, IL 62675 by electronic notice through ECF
Robert M Moore, Molly K Moore, Debtor(s), 1206 Onyx Ln, Normal, IL 61761
Andrew R. Magdy, Attorney for Debtor(s), 515 Olive Suite 702, St Louis, MO 63101 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

/s/ Peter Bastianen